IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Frederick Keith

Printed: 10/2/07

Case Number: 06 B 03325
Judge: Goldgar, A. Benjamin

Filed: 3/30/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 21, 2007
Confirmed: May 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,135.00 |  |
| Secured: |  | 3,846.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,036.34 |
| Trustee Fee: |  | 252.63 |
| Other Funds: |  | 0.00 |
| Totals: | 5,135.00 | 5,135.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Angela Koconis-Gibson | Administrative | 1,189.00 | 1,036.34 |
| 2. | Capital One Auto Finance | Secured | 17,314.67 | 3,846.03 |
| 3. | New Jersey Higher Education | Unsecured | 1,117.81 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 202.70 | 0.00 |
| 5. | New Jersey Higher Education | Unsecured | 855.94 | 0.00 |
| 6. | Solutions First | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,680.12 | $ 4,882.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 76.50 |
| 4.8% | 148.32 |
| 5.4% | 27.81 |
|  | $ 252.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)